# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Larry James Washington,<br>    Petitioner<br>v.<br>Jo Gentry, et al.,<br>    Respondents | 2:17-cv-01589-JAD-NJK<br><br>**Order** |

This action is a petition for writ of habeas corpus by Nevada prisoner Larry James Washington. Washington submitted his petition for filing on June 5, 2017 (ECF No. 1-1). He paid the filing fee for the action on August 1, 2017 (ECF No. 5). And, on August 28, 2017, Washington filed an amended petition for writ of habeas corpus (ECF No. 6).

The Court has reviewed Washington's amended petition as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon respondents and a response by respondents.

IT IS THEREFORE ORDERED that **the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.**

IT IS FURTHER ORDERED that the Clerk of the Court shall **electronically serve** upon respondents a copy of the amended petition for writ of habeas corpus (ECF No. 6) and a copy of this order.

IT IS FURTHER ORDERED that **respondents have until October 30, 2017, to appear** in this action and to answer or otherwise respond to the amended petition. If respondents file an answer, petitioner will have 60 days from the date on which the answer is served on him to file a reply. If respondents file a motion to dismiss, petitioner will have 60 days from the date on which the motion is served on him to file a response to the motion to dismiss, and respondents will then have 30 days to file a reply in support of the motion.

DATED: August 31, 2017

_____
Jennifer A. Dorsey
United States District Judge