**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Larry James Washington, | 2:17-cv-01589-JAD-NJK |
| Petitioner | **Order Extending Time** |
| v. | [ECF No. 17] |
| Jo Gentry, et al., | |
| Respondents | |

In this habeas corpus action, pro se petitioner Larry James Washington had 60 days to respond to respondents' motion to dismiss,[1] making December 29, 2017, the deadline. On December 22, 2017, however, Washington moved for an extension of time requesting an additional 30–45 days to respond.[2] He explains that he was recently transferred to a prison in Arizona, and that has hindered his ability to meet the original deadline.

This is Washington's first request for a time extension, and I find that he has done so in good faith and not solely for the purpose of delay. I thus find that there is good cause to grant Mr. Washington's request.

Accordingly, IT IS HEREBY ORDERED that Washington's motion for an extension of time **[ECF No. 17]** is **GRANTED**. Washington has until **February 16, 2018**, to respond to the motion to dismiss, and respondents will have 30 days from the date of service of Washington's response to reply.

DATED: December 29, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.

[2] ECF No. 17.