**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Larry James Washington,<br>    Petitioner<br>v.<br>Jo Gentry, et al.,<br>    Respondents | 2:17-cv-01589-JAD-NJK<br><br>**Order Denying Motions**<br><br>[ECF No. 20, 21, 23] |

    Pro se petitioner Larry Washington is an inmate at the Southern Desert Correctional Center serving two life sentences for second-degree kidnapping while using a deadly weapon and assault with a deadly weapon.[1] He petitions for a writ of habeas corpus under 28 U.S.C. § 2254,[2] and respondents move to dismiss it.[3] Washington requests additional time to respond to the dismissal motion,[4] moves for appointment of counsel,[5] and asks me to take judicial notice of more than 100 pages of documents.[6]

    Respondents oppose Washington's request for more time, arguing that he already responded to their dismissal motion.[7] Respondents are correct: Washington responded to the dismissal motion in a document entitled "Petitioner's Motion in Opposition To Respondent's

---

[1] NEV. DEP'T OF CORR. (Feb. 9, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Larry Washington or offender ID 24573).

[2] ECF No. 6.

[3] ECF No. 9.

[4] ECF No. 20.

[5] ECF No. 21.

[6] ECF No. 23.

[7] ECF No. 27.

| | |
|---|---|
| 1 | [sic] Motion To Dismiss."[8]  So, his request for more time is moot, and I deny it.  I also deny his |
| 2 | renewed motion for appointment of counsel because the only new bases that he asserts are that he |
| 3 | cannot afford a lawyer, has limited access to the law library, and has an inmate in Nevada is |
| 4 | writing his motions for him and mailing them to him in Arizona.[9]  Since filing his motion, |
| 5 | Washington has been transferred back to Nevada, so his third new basis is no longer relevant.[10] |
| 6 | And as I said in my previous order denying his first motion for appointment of counsel, "[i]t |
| 7 | appears that [Washington] has the ability to communicate his issues, which are not so complex |
| 8 | that denial of counsel would amount to a denial of due process."[11]  His renewed motion is |
| 9 | therefore denied. |
| 10 | And finally, the documents that Washington wants me to take judicial notice of are |
| 11 | argumentative in nature and appear to respond to respondents' dismissal motion.[12]  Judicial |
| 12 | notice is thus inappropriate.[13]  I will consider these documents, along with the several exhibits |
| 13 | that Washington filed,[14] when deciding the motion to dismiss. |
| 14 | Accordingly, IT IS HEREBY ORDERED that Washington's renewed motion for |
| 15 | appointment of counsel **[ECF No. 21]** and request for me to take judicial notice **[ECF No. 23]** |

---

[8] ECF No. 22.

[9] ECF No. 21.

[10] ECF No. 25.

[11] ECF No. 4 at 2.

[12] ECF No. 23.

[13] FED. R. EVID. 201.

[14] ECF Nos. 23-1, 24.

are **DENIED**. IT IS FURTHER ORDERED that Washington's motion for an extension of time **[ECF No. 20] is DENIED as moot**.

DATED: February 16, 2018.

_____
Jennifer A. Dorsey
United States District Judge