|   |   |
|---|---|
| Larry James Washington, | 2:17-cv-01589-JAD-NJK |
| Petitioner | **Order Denying Motion to Strike** |
| v. | [ECF No. 33] |
| Jo Gentry, et al., |   |
| Respondents |   |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Pro se petitioner Larry Washington is an inmate at the Southern Desert Correctional Center serving two life sentences for second-degree kidnapping while using a deadly weapon and assault with a deadly weapon.[1] He petitions for a writ of habeas corpus under 28 U.S.C. § 2254,[2] and respondents move to dismiss it.[3] He opposed their dismissal motion,[4] they replied,[5] and then he opposed it again.[6] Respondents now move to strike Washington's successive response to their dismissal motion.[7]

Although Washington did not seek leave to file a successive response or surreply as required by the local rules, I recognize that Washington is representing himself and is serving life sentences. In the interest of justice, I relax the rules to ensure that Washington has had an

---

[1] Nev. Dep't of Corr. (Feb. 9, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Larry Washington or offender ID 24573).

[2] ECF No. 6.

[3] ECF No. 9.

[4] ECF No. 22.

[5] ECF No. 29.

[6] ECF No. 31.

[7] ECF No. 33.

opportunity to present all of his arguments in opposition to the dismissal motion. I therefore extend the same courtesy to respondents and grant them leave to reply to Washington's additional arguments. I will not relax the rules this way again.

Accordingly, IT IS HEREBY ORDERED that respondents' motion to strike Washington's surreply **[ECF No. 33] is DENIED**.

IT IS FURTHER ORDERED that **respondents have until March 8, 2018, to file a REPLY to Washington's successive opposition.**

DATED: March 1, 2018.

_____
U.S. District Judge Jennifer A. Dorsey